Certificate Number: 15557-PAE-CC-040201008



15557-PAE-CC-040201008

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 15, 2025</u>, at <u>12:32</u> o'clock <u>PM EDT</u>, <u>Eric Goldhahn</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>October 15, 2025</u>              By:    <u>/s/Shanice Ayisi</u>

                                          Name:  <u>Shanice Ayisi</u>

                                          Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).