# Earnings Statement



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / NOS 20575363 | 01/9999 | 7242688 | 1 of 1 |

Philadelphia Technician Training
7446 Ogontz Avenue Ste D
Philadelphia, PA 19138

Period Starting:     09/01/2025
Period Ending:      09/07/2025
Pay Date:            09/05/2025

Taxable Filing Status: Single
Exemptions/Allowances:                          Tax Override:
  Federal:      Std W/H Table        Federal:      0.00 Addnl
  State:        0                    State:
  Local:        0                    Local:        0.00 Addnl
Social Security Number: XXX-XX-XXXX

**Eric L Goldhahn**
**814 Providence Road**
**Upper Darby Township, PA 19018-3625**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 33.5000 | 32.00 | 1072.00 | 45816.28 |
| Overtime | | | 0.00 | 50.25 |
| Sick | | | 0.00 | 536.00 |
| Holiday | 33.5000 | 8.00 | 268.00 | 1072.00 |
| **Gross Pay** | | | **$1,340.00** | **$47,474.53** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -15.83 | 515.82 |
| Social Security | -82.42 | 2937.53 |
| Medicare | -19.27 | 687.00 |
| Pennsylvania State Income | -40.81 | 1454.56 |
| Pennsylvania State UI | -0.94 | 33.24 |
| Phila NR Local Income | -45.96 | 1631.85 |
| Upper Darby T Local Income | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| 403(b) plan % | 0.00 | 321.24 |
| Dental - Principal Ins. | -10.55 | 94.95 |
| **Net Pay** | **$1,124.22** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.01 |
| - Accrued Hours | 0.00 | 20.01 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 20.01 |
| Sick | | |
| - Carry Over | | 20.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 24.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Total Hours Worked | 32.00 | 1368.65 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2439 | XXXXXXXXX | 1124.22 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,329.45

Philadelphia Technician Training
7446 Ogontz Avenue Ste D
Philadelphia, PA 19138

Pay Date:            09/05/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2439 | XXXXXXXXX | 1124.22 |

Eric L Goldhahn
814 Providence Road
Upper Darby Township, PA 19018-3625

# Earnings Statement



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / NOS 20575363 | 01/9999 | 7252109 | 1 of 1 |

Philadelphia Technician Training
7446 Ogontz Avenue Ste D
Philadelphia, PA 19138

Period Starting:    09/08/2025
Period Ending:      09/14/2025
Pay Date:           09/12/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:    Std W/H Table
  State:      0
  Local:      0
Tax Override:
  Federal:    0.00 Addnl
  State:
  Local:      0.00 Addnl
Social Security Number: XXX-XX-XXXX

**Eric L Goldhahn**
**814 Providence Road**
**Upper Darby Township, PA 19018-3625**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 33.5000 | 40.00 | 1340.00 | 47156.28 |
| Overtime | 50.2500 | 1.00 | 50.25 | 100.50 |
| Sick | | | 0.00 | 536.00 |
| Holiday | | | 0.00 | 1072.00 |
| **Gross Pay** | | | **$1,390.25** | **$48,864.78** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -26.88 | 542.70 |
| Social Security | -85.55 | 3023.08 |
| Medicare | -20.01 | 707.01 |
| Pennsylvania State Income | -42.36 | 1496.92 |
| Pennsylvania State UI | -0.97 | 34.21 |
| Phila NR Local Income | -47.69 | 1679.54 |
| Upper Darby T Local Income | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| 403(b) plan % | 0.00 | 321.24 |
| Dental - Principal Ins. | -10.55 | 105.50 |
| **Net Pay** | **$1,156.24** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.01 |
| - Accrued Hours | 0.00 | 20.01 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 20.01 |
| Sick | | |
| - Carry Over | | 20.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 24.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Total Hours Worked | 41.00 | 1409.65 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2439 | XXXXXXXXX | 1156.24 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,379.70

Philadelphia Technician Training
7446 Ogontz Avenue Ste D
Philadelphia, PA 19138

**Pay Date:**        09/12/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2439 | XXXXXXXXX | 1156.24 |

Eric L Goldhahn
814 Providence Road
Upper Darby Township, PA 19018-3625

# Earnings Statement



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / NOS 20575363 | 01/9999 | 7260946 | 1 of 1 |

Philadelphia Technician Training
7446 Ogontz Avenue Ste D
Philadelphia, PA 19138

Period Starting:    09/15/2025
Period Ending:      09/21/2025
Pay Date:           09/19/2025

Taxable Filing Status: Single
Exemptions/Allowances:                         Tax Override:
  Federal:    Std W/H Table          Federal:    0.00 Addnl
  State:      0                       State:
  Local:      0                       Local:      0.00 Addnl
Social Security Number: XXX-XX-XXXX

**Eric L Goldhahn**
**814 Providence Road**
**Upper Darby Township, PA 19018-3625**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 33.5000 | 40.00 | 1340.00 | 48496.28 |
| Overtime | | | 0.00 | 100.50 |
| Sick | | | 0.00 | 536.00 |
| Holiday | | | 0.00 | 1072.00 |
| **Gross Pay** | | | **$1,340.00** | **$50,204.78** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -15.83 | 558.53 |
| Social Security | -82.42 | 3105.50 |
| Medicare | -19.28 | 726.29 |
| Pennsylvania State Income | -40.81 | 1537.73 |
| Pennsylvania State UI | -0.94 | 35.15 |
| Phila NR Local Income | -45.96 | 1725.50 |
| Upper Darby T Local Income | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| 403(b) plan % | 0.00 | 321.24 |
| Dental - Principal Ins. | -10.55 | 116.05 |
| **Net Pay** | **$1,124.21** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.01 |
| - Accrued Hours | 0.00 | 20.01 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 20.01 |
| Sick | | |
| - Carry Over | | 20.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 24.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Total Hours Worked | 40.00 | 1449.65 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2439 | XXXXXXXXX | 1124.21 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,329.45

Philadelphia Technician Training
7446 Ogontz Avenue Ste D
Philadelphia, PA 19138

**Pay Date:**          09/19/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2439 | XXXXXXXXX | 1124.21 |

Eric L Goldhahn
814 Providence Road
Upper Darby Township, PA 19018-3625

# Earnings Statement



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / NOS 20575363 | 01/9999 | 7270249 | 1 of 1 |

Philadelphia Technician Training
7446 Ogontz Avenue Ste D
Philadelphia, PA 19138

Period Starting:     09/22/2025
Period Ending:      09/28/2025
Pay Date:             09/26/2025

Taxable Filing Status: Single
Exemptions/Allowances:

|  |  | Tax Override: |  |
|---|---|---|---|
| Federal: | Std W/H Table | Federal: | 0.00 Addnl |
| State: | 0 | State: |  |
| Local: | 0 | Local: | 0.00 Addnl |

Social Security Number: XXX-XX-XXXX

**Eric L Goldhahn**
**814 Providence Road**
**Upper Darby Township, PA 19018-3625**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 33.5000 | 40.00 | 1340.00 | 49836.28 |
| Overtime | | | 0.00 | 100.50 |
| Sick | | | 0.00 | 536.00 |
| Holiday | | | 0.00 | 1072.00 |
| Bonus | | 0.00 | 4000.00 | 4000.00 |
| **Gross Pay** | | | **$5,340.00** | **$55,544.78** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1063.33 | 1621.86 |
| Social Security | -330.43 | 3435.93 |
| Medicare | -77.27 | 803.56 |
| Pennsylvania State Income | -163.61 | 1701.34 |
| Pennsylvania State UI | -3.74 | 38.89 |
| Phila NR Local Income | -183.16 | 1908.66 |
| Upper Darby T Local Income | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| 403(b) plan % | 0.00 | 321.24 |
| Dental - Principal Ins. | -10.55 | 126.60 |
| **Net Pay** | | **$3,507.91** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.01 |
| - Accrued Hours | 0.00 | 20.01 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 20.01 |
| Sick | | |
| - Carry Over | | 20.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 24.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Total Hours Worked | 40.00 | 1489.65 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2439 | XXXXXXXXX | 3507.91 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $5,329.45

Philadelphia Technician Training
7446 Ogontz Avenue Ste D
Philadelphia, PA 19138

**Pay Date:**          09/26/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2439 | XXXXXXXXX | 3507.91 |

Eric L Goldhahn
814 Providence Road
Upper Darby Township, PA 19018-3625



| Company Code | Loc/Dept | Number | Page | Earnings Statement |
|---|---|---|---|---|
| RK / NOS 20575363 | 01/9999 | 7279768 | 1 of 1 | |

Philadelphia Technician Training
7446 Ogontz Avenue Ste D
Philadelphia, PA 19138

Period Starting:     09/29/2025
Period Ending:      10/05/2025
Pay Date:              10/03/2025

Taxable Filing Status: Single
Exemptions/Allowances:
   Federal:     Std W/H Table
   State:        0
   Local:        0
Social Security Number:XXX-XX-XXXX

Tax Override:
   Federal:     0.00 Addnl
   State:
   Local:        0.00 Addnl

**Eric L Goldhahn**
**814 Providence Road**
**Upper Darby Township, PA 19018-3625**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 33.5000 | 40.00 | 1340.00 | 51176.28 |
| Overtime | | | 0.00 | 100.50 |
| Sick | | | 0.00 | 536.00 |
| Holiday | | | 0.00 | 1072.00 |
| Bonus | | | 0.00 | 4000.00 |
| **Gross Pay** | | | **$1,340.00** | **$56,884.78** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -15.83 | 1637.69 |
| Social Security | -82.42 | 3518.35 |
| Medicare | -19.28 | 822.84 |
| Pennsylvania State Income | -40.81 | 1742.15 |
| Pennsylvania State UI | -0.94 | 39.83 |
| Phila NR Local Income | -45.96 | 1954.62 |
| Upper Darby T Local Income | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| 403(b) plan % | 0.00 | 321.24 |
| Dental - Principal Ins. | -10.55 | 137.15 |
| **Net Pay** | **$1,124.21** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.01 |
| - Accrued Hours | 0.00 | 20.01 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 20.01 |
| Sick | | |
| - Carry Over | | 20.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 24.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Total Hours Worked | 40.00 | 1529.65 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2439 | XXXXXXXXX | 1124.21 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,329.45

Philadelphia Technician Training
7446 Ogontz Avenue Ste D
Philadelphia, PA 19138

Pay Date:          10/03/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2439 | XXXXXXXXX | 1124.21 |

Eric L Goldhahn
814 Providence Road
Upper Darby Township, PA 19018-3625

# Earnings Statement



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / NOS 20575363 | 01/9999 | 7289171 | 1 of 1 |

Philadelphia Technician Training
7446 Ogontz Avenue Ste D
Philadelphia, PA 19138

| | |
|---|---|
| Period Starting: | 10/06/2025 |
| Period Ending: | 10/12/2025 |
| Pay Date: | 10/10/2025 |

Taxable Filing Status: Single
Exemptions/Allowances:

| | | Tax Override: | |
|---|---|---|---|
| Federal: | Std W/H Table | Federal: | 0.00 Addnl |
| State: | 0 | State: | |
| Local: | 0 | Local: | 0.00 Addnl |

Social Security Number:XXX-XX-XXXX

**Eric L Goldhahn**
**814 Providence Road**
**Upper Darby Township, PA 19018-3625**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 33.5000 | 40.00 | 1340.00 | 52516.28 |
| Overtime | | | 0.00 | 100.50 |
| Sick | | | 0.00 | 536.00 |
| Holiday | | | 0.00 | 1072.00 |
| Bonus | | | 0.00 | 4000.00 |
| **Gross Pay** | | | **$1,340.00** | **$58,224.78** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -15.83 | 1653.52 |
| Social Security | -82.43 | 3600.78 |
| Medicare | -19.28 | 842.12 |
| Pennsylvania State Income | -40.81 | 1782.96 |
| Pennsylvania State UI | -0.94 | 40.77 |
| Phila NR Local Income | -45.96 | 2000.58 |
| Upper Darby T Local Income | 0.00 | 0.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| 403(b) plan % | 0.00 | 321.24 |
| Dental - Principal Ins. | -10.55 | 147.70 |
| **Net Pay** | **$1,124.20** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.01 |
| - Accrued Hours | 0.00 | 20.01 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 20.01 |
| Sick | | |
| - Carry Over | | 20.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 24.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Total Hours Worked | 40.00 | 1569.65 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2439 | XXXXXXXXX | 1124.20 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,329.45

Philadelphia Technician Training
7446 Ogontz Avenue Ste D
Philadelphia, PA 19138

| | |
|---|---|
| Pay Date: | 10/10/2025 |

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2439 | XXXXXXXXX | 1124.20 |

THIS IS NOT A CHECK

Eric L Goldhahn
814 Providence Road
Upper Darby Township, PA 19018-3625