**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Eric L. Goldhahn,<br>　　　　　Debtor, | Bankruptcy No. 25-14190-djb<br><br>Chapter 13 |
| Wells Fargo Bank, N.A.,<br>　　　　　Movant,<br>　　v.<br>Eric L. Goldhahn,<br>　　　　　Debtor/Respondent,<br><br>Kenneth E. West,<br>　　　　　Trustee/Respondent. | Related to Doc. No. 9 |

## WELLS FARGO BANK, N.A.'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Wells Fargo Bank, N.A., ("WELLS FARGO " or "Secured Creditor"), by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Debtor Eric L. Goldhahn, and in support thereof alleges as follows:

1. Eric L. Goldhahn ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code on October 15, 2025.

2. WELLS FARGO holds a security interest in the Debtor's real property located 814 Providence Rd Secane, PA 19018 (the "Property"), by virtue of a Mortgage recorded with the Delaware County Recorder of Deeds on June 20, 2012 with Instrument #2012037846. This Mortgage has ultimately been assigned to Wells Fargo Bank, N.A..

3. Said Mortgage secures a Note in the amount of $136,451.00

4. On October 30, 2025, Secured creditor filed its Proof of Claim under the claim (2-1) in the total claim amount of $177,929.96 with $65,611.77 in pre-petition arrears. A true and correct copy of the Proof of Claim (with all supporting documents) is attached hereto as Exhibit "A."

5. On October 21, 2025, Debtor filed a Chapter 13 Plan (the "Plan") A true and correct copy of the Plan is attached hereto as Exhibit "B."

6. The Plan fails to account for the full pre-petition arrearage of $65,611.77, as it only provides a total of $20,000.00 to be paid to Secured Creditor through the Plan. see Exhibit "B."

7. Thus, the Plan is understated as it does not accurately reflect the amount of the pre-petition arrearage which will be paid through the Plan and by the Office of the Chapter 13 Trustee.

8. Based on Debtor's Schedules, the Plan does not appear feasible due to the representation that sufficient disposable income is not available to support the proposed Plan payments needed to adequately treat claim. The debtor's plan proposes payment of $570.00 to be paid for a total of sixty (60) months which equals a total of $34,200 which is not enough to even cover claim .Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(6) and cannot be confirmed.

9. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) WELLS FARGO hereby objects to Debtor's proposed Plan on the grounds that the value of the claim to be distributed

thereunder will be less than the allowed amount due and owing under the claim. see 11 U.S.C.A. § 1325(a)(5)(B)(ii).

**WHEREFORE**, Secured Creditor Wells Fargo Bank, N.A, respectfully requests that this Court deny confirmation of the Chapter 13 Plan of Debtor Eric L. Goldhahn.

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425

By: /s/ Michelle L. McGowan, Esq.
Michelle L. McGowan, Esq., Esq.
Email: mimcgowan@raslg.com

Date: November 5, 2025

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Eric L. Goldhahn,<br>　　　　　Debtor, | Bankruptcy No. 25-14190-djb<br><br>Chapter 13 |
| Wells Fargo Bank, N.A.,<br>　　　　　Movant,<br>　v.<br>Eric L. Goldhahn,<br>　　　　　Debtor/Respondent,<br><br>Kenneth E. West,<br>　　　　　Trustee/Respondent. | Related to Doc. No. 9 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 5, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF to the following parties:

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST

Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

The following parties will be served by first class U.S. Mail:

Eric L. Goldhahn
814 Providence Rd
Secane, PA 19018-3625

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425

By: /s/ Michelle L. McGowan, Esq.
Michelle L. McGowan, Esq., Esq.
Email: mimcgowan@raslg.com