# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eric L. Goldhahn,<br><br>*Debtor*. | Case No. 25-14190-DJB<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on December 18, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated. Date:

December 18, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service – CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

**Wells Fargo Bank, N.A.**
Attn: Bankruptcy
11625 N Community House Rd
Charlotte, NC 28277-1581

**Method of Service - First Class Mail:**

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Credence Resource Management, LLC
Attn: Bankruptcy 4222 Trinity Mills Road Suite 260
Dallas, TX 75287

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Delaware County Tax Claim Bureau
201 W Front St
Media, PA 19063-2708

DELCORA
Attn: Bankruptcy
100 East Fifth Street
Chester, PA 19013

Franklin Mint Federal Credit Union
c/o Corinne S. Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Verizon
c/o American InfoSource
4515 N Santa Fe Ave
Charlotte, NC 28277-1581