**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                      :          Chapter 13
    ERIC L. GOLDHAHN
                                                :          Bky. No. 25-14190-DJB

            Debtor                              :
                      * * * * * * * *

**CERTIFICATION OF SERVICE**

    I, Kenneth E. West, Esq., certify that on 8th day of January, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

   •Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307

   •Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: January 08, 2026

                                                                        /s/ Kenneth E. West, Esq.
                                                                        190 N. Independence Mall West
                                                                        Suite 701
                                                                        Philadelphia, PA  19106

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

ERIC L. GOLDHAHN
814 PROVIDENCE RD
SECANE, PA  19018-3625

Debtor 1
Via:  ☐ CM/ECF  ☒ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
      ☐ Other:

CIBIK LAW, P.C.
MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA  19102
Attorney
Via:  ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
      ☐ Other:

Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA  19107
United States Trustee
Via:  ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
      ☐ Other: