United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-14190-djb
Eric L. Goldhahn Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Feb 13, 2026      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eric L. Goldhahn, 814 Providence Rd, Secane, PA 19018-3625 |
| 15061434 | + | DELCORA, Attn: Bankruptcy, 100 East Fifth Street, Chester, PA 19013-4508 |
| 15061435 | + | Franklin Mint Federal Credit Union, c/o Corinne S. Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 15061437 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15061442 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 14 2026 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 14 2026 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15061430 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 14 2026 00:23:12 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15061431 | + | Email/Text: bankruptcy@credencerm.com | Feb 14 2026 00:16:00 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7603 |
| 15061432 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 14 2026 00:16:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15061433 | + | Email/Text: duffyk@co.delaware.pa.us | Feb 14 2026 00:16:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 15061436 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 14 2026 00:16:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15061438 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 14 2026 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15061439 | ^ | MEBN | Feb 14 2026 00:11:25 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15061440 | + | Email/Text: RASEBN@raslg.com | Feb 14 2026 00:16:00 | Robertson, Anschutz, Schneid, Crane & Partners, PL, Attn: Bankruptcy, 133 Gaither Dr, Mount Laurel, NJ 08054-1710 |
| 15061441 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 14 2026 00:16:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15063125 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 14 2026 00:23:06 | U.S. Department of Housing and Urban |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 13, 2026 | Form ID: pdf900 | Total Noticed: 21 |

| | | | |
|---|---|---|---|
| | | | Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15061443 | Email/PDF: ebn_ais@aisinfo.com | Feb 14 2026 00:23:06 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15062867 | + Email/Text: RASEBN@raslg.com | Feb 14 2026 00:16:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd, Suite 450, Alpharetta, Ga 30004-2001 |
| 15066741 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Feb 14 2026 00:23:06 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 15061444 | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Feb 14 2026 00:23:01 | Wells Fargo Bank, N.A., Attn: Bankruptcy, 11625 N Community House Rd, Charlotte, NC 28277-1581 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Eric L. Goldhahn help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wells Fargo Bank  N.A. mimcgowan@raslg.com |
| SHERRI DICKS | on behalf of Creditor Wells Fargo Bank  N.A. sdicks@raslg.com, shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ERIC L. GOLDHAHN<br><br>                    Debtor | Chapter 13<br><br>Bankruptcy No. 25-14190-DJB |

### ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 12, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge